

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00928-CV

Jimmy **ADDOCK,**
Appellant

v.

**FIVE STAR RENTALS/SALES INC.,**
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16480B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On November 29, 2018, appellant Jimmy Adcock filed a notice of appeal in the trial court, stating he was appealing an order granting summary judgment in favor of appellee Five Star Rentals/Sales, Inc. Thereafter, on December 11, 2018, appellant filed a letter in this court, indicating the parties have settled and they intend to file a motion for non-suit once all settlement documents have been completed and the agreed upon payment is exchanged.

Based on the foregoing, it is **ORDERED** that this appeal is **ABATED**. Appellant is **ORDERED** to file in this court **on or before February 6, 2019** a status update regarding the potential settlement or, in the alternative, dispositive motion. All other deadlines are abated until further order of this court.

We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, the district clerk, and the court reporter.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court